Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Wells Fargo Tower
Suite 1500, 3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800

Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Amy A. McGeever
Nevada Bar No. 13535
amy.mcgeever@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Louis Vuitton USA, Inc. and
Louis Vuitton North America, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH CARO,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS VUITTON USA, INC., a foreign corporation; LOUIS VUITTON NORTH AMERICA, INC., a foreign corporation; and XYZ COMPANIES I through L,<br><br>Defendants. | Case No.: 2:17-cv-03030-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>*(First Request)* |

Pursuant to L.R. 6-1, 6-2, and 7-1, Plaintiff Judith Caro ("Plaintiff") and Defendants Louis Vuitton USA, Inc. and Louis Vuitton North America, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel hereby stipulate and agree to extend the time for Defendants to file a response to Plaintiff's Complaint, from January 4, 2018 to January 18, 2018.

///

///

///

///

///

This is the Parties' first request to extend the time for Defendants to respond to Plaintiff's Complaint. This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 3rd day of January, 2018.

| | |
|---|---|
| LAW OFFICE OF DANIEL MARKS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Daniel Marks* | */s/ Amy A. McGeever* |
| Daniel Marks | Suzanne L. Martin |
| Teletha Zupan | Amy A. McGeever |
| 610 South Ninth Street | 3800 Howard Hughes Parkway, Suite 1500 |
| Las Vegas, NV 89101 | Las Vegas, NV 89169 |
| Telephone: 702.386.6812 | Telephone: 702-369-6800 |
| *Attorneys for Plaintiff Judith Caro* | *Attorneys for Defendants Louis Vuitton USA, Inc. and Louis Vuitton North America, Inc.* |

**ORDER**

IT IS SO ORDERED.

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: 1/04/2018