Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Amy A. McGeever
Nevada Bar No. 13535
amy.mcgeever@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Louis Vuitton USA, Inc. and*
*Louis Vuitton North America, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JUDITH CARO,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS VUITTON USA, INC., a foreign corporation; LOUIS VUITTON NORTH AMERICA, INC., a foreign corporation; and XYZ COMPANIES I through L,<br><br>Defendants. | Case No.: 2:17-cv-03030-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Judith Caro ("Plaintiff") and Defendants Louis Vuitton USA, Inc. and Louis Vuitton North America, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to dismiss all claims that Plaintiff had or may have had against Defendants, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

///

///

///

///

Each party will bear its respective attorneys' fees and costs.

**IT IS SO STIPULATED**.

Dated this 26th day of March, 2018.

| LAW OFFICE OF DANIEL MARKS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| */s/ Daniel Marks* <br> Daniel Marks <br> Teletha Zupan <br> 610 South Ninth Street <br> Las Vegas, NV 89101 <br> Telephone: 702.386.6812 | */s/ Suzanne L. Martin* <br> Suzanne L. Martin <br> Amy A. McGeever <br> 3800 Howard Hughes Parkway, Suite 1500 <br> Las Vegas, NV 89169 <br> Telephone: 702-369-6800 |
| *Attorneys for Plaintiff Judith Caro* | *Attorneys for Defendants Louis Vuitton USA, Inc. and Louis Vuitton North America, Inc.* |

## **ORDER**

IT IS SO ORDERED.

**DATED** this __26__ day of March, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

2